## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### HUNTINGTON DIVISION

JESUS LOPEZ-BONILLA, et al.,

        Petitioners,

v.                                                    CIVIL ACTION NO.   3:26-cv-00177

LEONARD ODDO, et al.,

        Respondents.

### DISMISSAL ORDER

On March 25, 2026, the parties filed a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).   (ECF No. 9.)   The stipulation of dismissal is signed by counsel for all parties.   Accordingly, the Court **DISMISSES** this case **WITHOUT PREJUDICE** and **DIRECTS** the Clerk to remove this case from this Court's docket.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:        March 25, 2026

THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE